IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>VICTOR RIVAS, Et al.,<br><br>              Defendants. | NO. 1:08-cr-00031 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE/MOTIONS HEARING; ORDER<br><br>Date:  April 14, 2008<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

The parties filed the following stipulation:

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing in the above-referenced matter now set for March 31, 2008, may be continued to April 14, 2008, at 9:00 A.M.**

This continuance is requested by counsel for Defendant Victor Rivas to allow her additional time for initial review of discovery prior to hearing. The requested continuance will conserve time and resources for all parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                            McGREGOR W. SCOTT<br>
                                                            United States Attorney

DATED: March 27, 2008                By:  /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Public Defender


DATED: March 27, 2008                By:  /s/ Francine Zepeda
                                          FRANCINE ZEPEDA
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          VICTOR RIVAS


DATED: March 27, 2008                     /s/ David A. Torres
                                          DAVID A. TORRES
                                          Attorney for Defendant
                                          DAVID RIVAS


## O R D E R

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 27, 2008**              /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE