**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar №. 135059)
1318 "K Street
Bakersfield, CA 93301
Tel.: (661) 326-0857

Attorney for: DAVID RIVAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         PLAINTIFF,<br><br>     v.<br><br>DAVID RIVAS<br>         DEFENDANT. | №. 1:08 CR 0031 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND KEVIN P. ROONEY, ASSISTANT UNITED STATES ATTORNEY :

   COMES NOW defendant, DAVID RIVAS by and through his attorney of record, DAVID A. TORRES hereby request that the Sentencing date currently set for July 13, 2009 be continued to August 31, 2009 at 9:00 a.m. or a date convenient to the court and counsel.

   This is a mutual request between Assistant United States Attorney, Kevin P. Rooney. The purpose of the continuance is for further investigations.

   Based upon the foregoing, I respectfully request that this matter be continued to August 31, 2009.

1

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

DATED: July 7, 2009

By    /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant,
David Rivas

DATED: July 7, 2009

By    /s/ Kevin P. Rooney
KEVIN P. ROONEY
Assistant U.S. Attorney,
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:   July 7, 2009**                            /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE