**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar №. 135059)
1318 "K Street
Bakersfield, CA 93301
Tel.: (661) 326-0857

Attorney for: DAVID RIVAS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　PLAINTIFF,<br><br>　　v.<br><br>DAVID RIVAS<br>　　　　　DEFENDANT. | №. 1:08 CR 0031 AWI<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND KEVIN P. ROONEY, ASSISTANT UNITED STATES ATTORNEY :

COMES NOW defendant, DAVID RIVAS by and through his attorney of record, DAVID A. TORRES hereby request that the Sentencing date currently set for August 31, 2009 be continued to October 26, 2009 at 9:00 a.m. or a date convenient to the court and counsel.

This is a mutual request between Assistant United States Attorney, Kevin P. Rooney. The purpose of the continuance is for further investigations.

Based upon the foregoing, I respectfully request that this matter be continued to October 26, 2009.

1

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

DATED: August 20, 2009

By   /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant,
David Rivas

DATED: August 20, 2009

By   /s/ Kevin P. Rooney
KEVIN P. ROONEY
Assistant U.S. Attorney,
Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A).

IT IS SO ORDERED.

**Dated:   August 21, 2009**                    /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE