**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
DAVID RIVAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    PLAINTIFF,<br><br>DAVID RIVAS,<br>                    DEFENDANT. | Case No.: 008-CR-0031 AWI<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant hereby requests a Court Order waiving her appearance at the sentencing hearing scheduled for Monday, January 25, 2010.

   Mr. Torres and AUSA Kevin Rooney have agreed to continue the matter in order to verify new information given to Mr. Rooney. Mr. Torres has met with Mr. Rivas and advised him to waive his appearance.

   This request is made pursuant to Fed R. Crim. P. 43 (b)(2)


Date: January 22, 2010

/s/David A. Torres                                    /s/David Rivas
Counsel for Defendant                             David Rivas

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on January 25, 2010.

IT IS SO ORDERED.

**Dated:   February 1, 2010**              /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE