**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
DAVID RIVAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>            PLAINTIFF,<br><br>DAVID RIVAS,<br><br>            DEFENDANT. | Case No.: 008-CR-0031 AWI<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |
|---|---|

Defendant hereby requests a Court Order waiving his appearance at the sentencing hearing scheduled for Monday, March 1, 2010.

By mutual agreement between defense counsel and AUSA Kevin Rooney, a brief continuance in this matter is requested to Monday, March 29, 2010.

Mr. Torres has met with Mr. Rivas and advised him to waive his appearance.

This request is made pursuant to Fed R. Crim. P. 43 (b)(2).

Date: February 26, 2010

/s/David A. Torres                                    /s/David Rivas
Counsel for Defendant                               David Rivas

# ORDER

GOOD CAUSE APPEARING, it is hearby ordered that the defendant's appearance may be waived on March 1, 2010.

IT IS SO ORDERED.

**Dated:   March 1, 2010**              /s/ Anthony W. Ishii
                                 CHIEF UNITED STATES DISTRICT JUDGE