**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
DAVID RIVAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    PLAINTIFF, | Case No.: 08-CR-0031 AWI |
| | **DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |
| DAVID RIVAS,<br>                    DEFENDANT. | |

Defendant hereby request a Court Order waiving his appearance at the sentencing hearing

scheduled for Monday, April  26, 2010.

      Mr. Torres and AUSA Kevin Rooney have agreed to continue the matter in order to allow

AUSA Kevin  Rooney to obtain relevant documentation supporting Mr. Rivas effort from Officer

David Chase.  Mr. Torres has met with Mr. Rivas and advised him to waive his appearance.

      This request is made pursuant to Fed. R. Crim. P. 43 (b)(2)

Date: April 23, 2010

/s/David A. Torres                        /s/David Rivas
Counsel for Defendant                     David Rivas

# ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on April 26, 2010.


IT IS SO ORDERED.

**Dated:    April 26, 2010**                              **/s/ Anthony W. Ishii**
                                                            CHIEF UNITED STATES DISTRICT JUDGE