**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar №. 135059)
1318 "K Street
Bakersfield, CA 93301
Tel.: (661) 326-0857
lawtorres@aol.com

Attorney for: DAVID RIVAS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          PLAINTIFF,<br><br>     v.<br><br>DAVID RIVAS<br>          DEFENDANT. | №. 1:08 CR 0031 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND KEVIN P. ROONEY, ASSISTANT UNITED STATES ATTORNEY :

COMES NOW defendant, DAVID RIVAS by and through his attorney of record, DAVID A. TORRES hereby request that the Sentencing date currently set for August 23, 2010, be continued to September 20, 2010 at 9:00 a.m. or a date convenient to the court and counsel.

Mr. Rooney and I have discussed the possibility of a 5K at the time of sentencing.  Mr. Rooney is currently out of the office.  There are several issues which remain to be discussed..  As such, this matter is not ready to proceed to sentencing.

Based upon the foregoing, I respectfully request that this matter be continued to September 20, 2010.

1

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

DATED: August 19, 2010

By  /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant,
David Rivas

DATED: August 19, 2010

By  /s/ Kevin P. Rooney
KEVIN P. ROONEY
Assistant U.S. Attorney,
Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED.  Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A).

IT IS SO ORDERED.

Dated:  August 20, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE